## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| JACLYN BJORKLUND | NO. 2:23–CV–01020–JDC–KK |
| VERSUS | JUDGE JAMES D CAIN, JR |
| NOVO NORDISK A/S , et al. | MAGISTRATE JUDGE KATHLEEN KAY |

### NOTICE OF DIVERSITY JURISDICTION
### DISCLOSURE STATEMENT REQUIREMENT

**NOTICE TO FILER:**

The Complaint – #1 filed by Jaclyn Bjorklund, was the first appearance by this party in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a). Federal Rule of Civil Procedure 7.1(a)(2) requires a party or intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a) to file a disclosure statement that names––and identifies the citizenship of––every individual or entity whose citizenship is attributed to that party or intervenor. The disclosure statement must be filed with a party or intervenor's first appearance after the action is filed in or removed to federal court.

**In removed cases**, all parties who have made an appearance in the originating court, including the plaintiffs, must file a diversity jurisdiction disclosure statement by the deadline set forth below.

**A diversity jurisdiction disclosure statement must be filed with the Clerk of Court by 8/17/2023 or the matter will be referred to the court for further action to enforce compliance.** If you feel this notice has been issued in error, please submit a document declaring same.

These are examples of statements that will comply with the rule:

John Smith, an **individual**, is domiciled in the state of ____ and therefore a citizen of that state for diversity purposes. [An allegation of residency is not sufficient. *Midcap Media Finance, LLC v. Pathway Data, Inc.*, 929 F.3d 310, 313 (5th Cir. 2019).]

ABC, Inc. is a **corporation** incorporated in the state of ___ and has its principal place of business in the state of ___. [28 U.S.C. § 1332(c)(1). *Hertz Corp. v. Friend*, 130 S.Ct. 1181 (2010) defines principal place of business.]

ABC, LLC is a **limited liability company**. Its members are (name every member and allege each member's citizenship with specificity.) [This may require going through several layers. *Rodidaco, Inc. v. Chesapeake Energy Louisiana Corp.,* 2018 WL 3551525 (W.D. La. 2018).]

ABC Partnership is a **partnership**. Its partners are (name every partner and allege each partner's citizenship with specificity.) [This may require going through several layers. *Rodidaco.* Both general and limited partners must be listed. *Whalen v. Carter,* 954 F.2d 1087, 1095 (5th Cir. 1992).]

For questions regarding this document or transmission, please call our CM/ECF help desk at 1–866–323–1101.

THUS DONE  August 3, 2023.

TONY R. MOORE
CLERK OF COURT
