# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| JACLYN BJORKLUND | NO. 2:23–CV–01020–JDC–KK |
| VERSUS | JUDGE JAMES D CAIN, JR |
| NOVO NORDISK A/S , et al. | MAGISTRATE JUDGE KATHLEEN KAY |

### NOTICE OF CORPORATE DISCLOSURE STATEMENT REQUIREMENT

**NOTICE TO FILER:**

The Motion for Extension of Time to File Answer – #13 filed by Eli Lilly & Co, was the first appearance by this party. According to Fed.R.Civ.P. 7.1, "the first appearance of a non–governmental corporate party requires a corporate disclosure statement." Additionally, the rule requires that a corporate party "promptly" supplement the statement upon any change in the information that the party previously provided to the court.

In accordance with this rule, the United States District Court, Western District of Louisiana requires that a <u>corporate party who makes a first appearance in a case must file a corporate disclosure statement either identifying any parent corporation or corporation holding 10% or more of its stock holdings or file a statement</u> stating there is no such parent corporation or other corporation holding stock in the corporation. For pending cases in which a corporate disclosure statement has not previously been filed by any non–governmental corporate party, the court also requires such a statement be filed as soon as possible.

**A corporate disclosure statement must be electronically filed by 9/28/2023 or the matter will be referred to the court for further action to enforce compliance.** If you feel this notice has been issued in error or the filer is not a non–governmental corporate party, please submit a document declaring same.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1–866–323–1101.

THUS DONE  September 14, 2023.

TONY R. MOORE
CLERK OF COURT