UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| JACLYN BJORKLUND, | CASE NO. 2:23-CV-01020 |
| Plaintiff, | JUDGE JAMES D. CAIN, JR. |
| v. | MAGISTRATE JUDGE KATHLEEN KAY |
| NOVO NORDISK A/S, NOVO NORDISK NORTH AMERICA OPERATIONS A/S, NOVO NORDISK US HOLDINGS INC., NOVO NORDISK US COMMERCIAL HOLDINGS INC., NOVO NORDISK INC., NOVO NORDISK RESEARCH CENTER SEATTLE, INC., NOVO NORDISK PHARMACEUTICAL INDUSTRIES LP, AND ELI LILLY AND COMPANY, | |
| Defendants. | |

**ELI LILLY AND COMPANY'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 5.6, Defendant Eli Lilly and Company, by and through its undersigned counsel, makes the following disclosures:

Defendant Eli Lilly and Company has no parent corporation and is publicly traded on the New York Stock Exchange, and no publicly held corporation owns more than 10% of the Defendant.

Defendant understands that under Rule 7.1 and Local Rule 5.6, it must promptly file a supplemental statement upon any change in required information.

| | |
|---|---|
| Dated: September 28, 2023 | **PLAUCHE, SMITH & NIESET, L.L.C.** |
| | |
| | */s/ Christopher P. Ieyoub* |
| | CHRISTOPHER P. IEYOUB (#16978) |
| | 1123 Pithon Street |
| | Lake Charles, LA 70601 |
| | Telephone: (337) 436-0522 |
| | Facsimile: (337) 436-9637 |
| | |
| | -and- |
| | |
| | **KIRKLAND & ELLIS LLP** |
| | MARK W. PREMO-HOPKINS, P.C. (*pro hac forthcoming*) |
| | RENEE D. SMITH (*pro hac forthcoming*) |
| | DIANA M. WATRAL, P.C. (*pro hac forthcoming*) |
| | 300 North LaSalle |
| | Chicago, IL 60654 |
| | Telephone: (312) 862-2000 |
| | Facsimile: (312) 862-2200 |
| | |
| | *Attorneys for Defendant,* |
| | **Eli Lilly and Company** |

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of September, 2023, a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

 */s/ Christopher P. Ieyoub*
CHRISTOPHER P. IEYOUB