## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JACLYN BJORKLUND, | : | CASE NO. 2:23-cv-01020 |
| | : | |
| *Plaintiff*, | : | JUDGE JAMES D. CAIN, JR. |
| v. | : | |
| | : | MAGISTRATE JUDGE KATHLEEN KAY |
| NOVO NORDISK A/S, NOVO NORDISK NORTH AMERICA OPERATIONS A/S, NOVO NORDISK US HOLDINGS INC., NOVO NORDISK US COMMERCIAL HOLDINGS INC., NOVO NORDISK INC., NOVO NORDISK RESEARCH CENTER SEATTLE, INC., NOVO NORDISK PHARMACEUTICAL INDUSTRIES LP, and ELI LILLY AND COMPANY, | : : : : : : : : : : | |
| *Defendants.* | : | |

## DEFENDANT ELI LILLY AND COMPANY'S
## MOTION TO DISMISS FIRST AMENDED COMPLAINT

**PLAUCHÉ, SMITH & NIESET, LLC**
Christopher P. Ieyoub (#16978)
V. Ed McGuire, III (#23861)
Peyton N. Robertson (#39315)
1123 Pithon Street
Lake Charles, LA 70601
Telephone: (337) 436-0522
Facsimile: (337) 436-9637

**KIRKLAND & ELLIS LLP**
James F. Hurst, P.C. (*pro hac vice pending*)
Renee D. Smith (*pro hac vice*)
Diana M. Watral, P.C. (*pro hac vice*)
300 North LaSalle
Chicago, IL  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Defendant Eli Lilly and Company*

Defendant Eli Lilly and Company respectfully submits its Motion to Dismiss First Amended Complaint [ECF No. 5], as follows:

Defendant moves for an order under Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss Plaintiff's First Amended Complaint [ECF No. 5]. As set forth more fully in the accompanying Memorandum in Support of Defendant's Motion to Dismiss First Amended Complaint, Plaintiff fails to state a claim against Lilly. *First*, federal preemption principles bar Plaintiff's failure to warn claim. *Second*, Plaintiff's failure to warn claim is independently barred under the learned intermediary doctrine. *Third*, Plaintiff's express warranty claim is insufficiently pled. *Fourth*, the entire First Amended Complaint should be dismissed because it is an improper "shotgun pleading." *Finally*, Plaintiff's claims for punitive damages and attorneys' fees are barred by the Louisiana Products Liability Act ("LPLA").

**WHEREFORE**, for the reasons set forth in the Memorandum in Support of Defendant's Motion to Dismiss Plaintiff's First Amended Complaint and accompanying exhibits, Defendant requests that this Court grant this motion to dismiss with prejudice.

October 26, 2023                              Respectfully submitted,

                                              */s/ Christopher P. Ieyoub*
                                              Christopher P. Ieyoub


                                              **PLAUCHÉ, SMITH & NIESET, LLC**
                                              Christopher P. Ieyoub (#16978)
                                              V. Ed McGuire, III (#23861)
                                              Peyton N. Robertson (#39315)
                                              1123 Pithon Street
                                              Lake Charles, LA 70601
                                              Telephone: (337) 436-0522
                                              Facsimile: (337) 436-9637

                                              **KIRKLAND & ELLIS LLP**
                                              James F. Hurst, P.C. (*pro hac vice pending*)
                                              Renee D. Smith (*pro hac vice*)
                                              Diana M. Watral, P.C. (*pro hac vice*)
                                              300 North LaSalle
                                              Chicago, IL  60654
                                              Telephone: (312) 862-2000
                                              Facsimile: (312) 862-2200

                                              *Attorneys for Defendant Eli Lilly and Company*

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2023, the foregoing **DEFENDANT ELI LILLY AND COMPANY'S MOTION TO DISMISS FIRST AMENDED COMPLAINT** was filed via the Court's ECF/CM filing system, which electronically served all counsel of record.

                /s/ *Christopher P. Ieyoub*
                Christopher P. Ieyoub