UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JACLYN BJORKLUND** | : | CASE NO. 2:23-cv-01020 |
| | : | |
| *Plaintiff* | : | JUDGE JAMES D. CAIN, JR. |
| v. | : | |
| | : | MAGISTRATE JUDGE KATHLEEN KAY |
| **NOVO NORDISK A/S, NOVO NORDISK NORTH AMERICA OPERATIONS A/S, NOVO NORDISK US HOLDINGS INC., NOVO NORDISK US COMMERCIAL HOLDINGS INC., NOVO NORDISK INC., NOVO NORDISK RESEARCH CENTER SEATTLE, INC., NOVO NORDISK PHARMACEUTICAL INDUSTRIES LP, and ELI LILLY AND COMPANY** | : | |
| *Defendants.* | : | |

## [PROPOSED] ORDER OF DISMISSAL

Considering Defendant Eli Lilly and Company's Motion to Dismiss Plaintiff's First Amended Complaint (the "Motion") [Doc. __] and all exhibits and briefing in support of, and in opposition to, the Motion,

IT IS HEREBY ORDERED that the Motion is GRANTED and that Plaintiff's First Amended Complaint is DISMISSED WITH PREJUDICE as to Eli Lilly and Company.

**THUS DONE AND SIGNED** in Chambers this ___ day of _____, 2023.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**