UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JACLYN BJORKLUND, | : | CASE NO. 2:23-cv-01020 |
| | : | |
| *Plaintiff*, | : | JUDGE JAMES D. CAIN, JR. |
| v. | : | |
| | : | MAGISTRATE JUDGE KATHLEEN KAY |
| NOVO NORDISK A/S, NOVO | : | |
| NORDISK NORTH AMERICA | : | |
| OPERATIONS A/S, NOVO NORDISK | : | |
| US HOLDINGS INC., NOVO NORDISK | : | |
| US COMMERCIAL HOLDINGS INC., | : | |
| NOVO NORDISK INC., NOVO | : | |
| NORDISK RESEARCH CENTER | : | |
| SEATTLE, INC., NOVO NORDISK | : | |
| PHARMACEUTICAL INDUSTRIES LP, | : | |
| and ELI LILLY AND COMPANY, | : | |
| | : | |
| *Defendants*. | : | |
| | : | |

**DECLARATION OF CHRISTOPHER IEYOUB IN SUPPORT OF DEFENDANT ELI LILLY AND COMPANY'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**

**PLAUCHÉ, SMITH & NIESET, LLC**
Christopher P. Ieyoub (#16978)
V. Ed McGuire, III (#23861)
Peyton N. Robertson (#39315)
1123 Pithon Street
Lake Charles, LA 70601
Telephone: (337) 436-0522
Facsimile: (337) 436-9637

**KIRKLAND & ELLIS LLP**
James F. Hurst, P.C. (*Pro hac vice pending*)
Renee D. Smith (*pro hac vice*)
Diana M. Watral, P.C. (*pro hac vice*)
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Defendant Eli Lilly and Company*

## DECLARATION OF CHRISTOPHER IEYOUB

I, Christopher Ieyoub, declare as follows:

1. I am an active member in good standing of the bar of the State of Louisiana and am admitted to practice before this Court. I am a partner at the law firm of Plauché, Smith & Nieset, LLC and am counsel for Defendant Eli Lilly and Company.

2. I have knowledge of the facts set forth herein and, if called to testify as a witness thereto, could do so competently under oath.

3. I submit this Declaration in Support of Defendant Eli Lilly and Company's Motion to Dismiss First Amended Complaint.

4. Attached hereto as **Exhibit 1** is a true and correct copy of the FDA-approved label for Mounjaro.

5. Attached hereto as **Exhibit 2** is a true and correct copy of the May 13, 2022, Eli Lilly press release titled "FDA Approves Lilly's Mounjaro (Tirzepatide) Injection, the First and Only GIP and GLP-1 Receptor Agonist for the Treatment of Adults with Type 2 Diabetes".

6. Attached hereto as **Exhibit 3** is a true and correct copy of the National Institute of Diabetes and Digestive and Kidney Diseases (NIDDK) Gastroparesis health information webpage.

7. Attached hereto as **Exhibit 4** is a true and correct copy of the article titled "Oral Semaglutide in Patients with Type 2 Diabetes and Cardiovascular Disease, Renal Impairment, or Other Comorbidities, and in Older Patients," by O. Mosenzon et al., published in *Postgraduate Medicine*, 2020.

8. Attached hereto as **Exhibit 5** is a true and correct copy of the article titled "Safety of Semaglutide," by M. Smits and D. Van Raalte, published in *Frontiers in Endocrinology*, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this 26th day of October 2023.

/s/ Christopher P. Ieyoub
Christopher P. Ieyoub


**PLAUCHÉ, SMITH & NIESET, LLC**
Christopher P. Ieyoub (#16978)
V. Ed McGuire, III (#23861)
Peyton N. Robertson (#39315)
1123 Pithon Street
Lake Charles, LA 70601
Telephone: (337) 436-0522
Facsimile: (337) 436-9637

**KIRKLAND & ELLIS LLP**
James F. Hurst, P.C. (*pro hac vice pending*)
Renee D. Smith (*pro hac vice*)
Diana M. Watral, P.C. (*pro hac vice*)
300 North LaSalle
Chicago, IL  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Defendant Eli Lilly and Company*

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2023, the foregoing **DECLARATION OF CHRISTOPHER IEYOUB IN SUPPORT OF DEFENDANT ELI LILLY AND COMPANY'S MOTION TO DISMISS FIRST AMENDED COMPLAINT** was filed via the Court's ECF/CM filing system, which electronically served all counsel of record.

/s/ *Christopher P. Ieyoub*
Christopher P. Ieyoub