# Exhibit 3



# Gastroparesis

View or Print All Sections

### Definition & Facts

Gastroparesis, also called delayed gastric emptying, is a disorder that slows or stops the movement of food from your stomach to your small intestine, even though there is no blockage in the stomach or intestines.



### Symptoms & Causes

The symptoms of gastroparesis may include feeling full shortly after starting a meal, feeling full long after eating a meal, nausea, and vomiting. Diabetes is the most common known cause of gastroparesis.

### Diagnosis

Doctors diagnose gastroparesis based on your medical history, a physical exam, symptoms, and medical tests, such as tests to measure stomach emptying. Your doctor may use medical tests to look for gastroparesis complications.

### Treatment

How doctors treat gastroparesis depends on the cause, how bad your symptoms and complications are, and how well you respond to different treatments. If diabetes is causing your gastroparesis, your doctor will help you control your blood glucose levels.

### Eating, Diet, & Nutrition

What you eat can help relieve gastroparesis symptoms. What you eat can also help make sure you get the right amount of nutrients, calories, and liquids if you are malnourished or dehydrated due to gastroparesis.

### Clinical Trials

The National Institute of Diabetes and Digestive and Kidney Diseases (NIDDK) and other components of the National Institutes of Health (NIH) conduct and support research into

many diseases and conditions.

### Related Conditions & Diseases

- Acid Reflux (GER & GERD) in Adults
- Nerve Damage (Diabetic Neuropathies)
- Indigestion (Dyspepsia)

### Related Diagnostic Tests

- Upper GI Endoscopy
- Upper GI Series

**Next:**
Definition & Facts

This content is provided as a service of the National Institute of Diabetes and Digestive and Kidney Diseases (NIDDK), part of the National Institutes of Health. NIDDK translates and disseminates research findings to increase knowledge and understanding about health and disease among patients, health professionals, and the public. Content produced by NIDDK is carefully reviewed by NIDDK scientists and other experts.

The NIDDK would like to thank:
Michael Camilleri, M.D., Mayo Clinic, Rochester

## Contact Us

- **Hours:** 8:30 a.m. to 5 p.m. ET, Monday - Friday
- **Email:** healthinfo@niddk.nih.gov
- **Phone:** 1-800-860-8747
- **TTY:** 711