UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**JACLYN BJORKLUND**     **CASE NO.  2:23-CV-01020**

**VERSUS**     **JUDGE JAMES D. CAIN, JR.**

**NOVO NORDISK A/S ET AL**     **MAGISTRATE JUDGE KAY**

### MINUTES OF RULE 16 CONFERENCE

A scheduling conference was held in this matter on November 7, 2023, pursuant to Federal Rule of Civil Procedure 16.[1] Participating in the conference by telephone, along with the undersigned, were Paul Pennock and Jonathan Sedgh for plaintiff; Diana Surprenant, E. Paige Sensenbrenner, and Loren Brown for defendants Novo Nordisk US Holdings Inc., Novo Nordisk US Commercial Holdings Inc., Novo Nordisk Inc., Novo Nordisk Research Center Seattle Inc., and Novo Nordisk Pharmaceutical Industries LP; and Christopher Ieyoub, Ed McGuire, Peyton Robertson, Renee Smith, and Diana Watral for defendant Eli Lilly & Co.

The court and counsel discussed the pending motions to dismiss as well as scheduling issues due to the anticipated complexity of the case. After review of the Rule 26(f) report [doc. 52], the undersigned set a trial date and a deadline for the parties to submit a proposed scheduling order/discovery plan and order for the preservation of electronically stored information. Both of these dates will be entered by accompanying order. The

---

[1] Statistical Time: 30 minutes.

undersigned extended Eli Lilly's deadline for filing a reply in support of its pending Motion to Dismiss, which will also be entered by forthcoming order. The court will consider the need for oral argument upon further review of the motions to dismiss and the need for an additional status conference after the parties have submitted their proposed scheduling order.

**THUS DONE AND SIGNED** in Chambers on the 7th day of November, 2023.

JAMES D. CAIN, JR.
**UNITED STATES DISTRICT JUDGE**