UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **JACLYN BJORKLUND** | **CASE NO. 2:23-CV-01020** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **NOVO NORDISK A/S ET AL** | **MAGISTRATE JUDGE KAY** |

## ORDER

Before the court is a Motion to Stay [doc. 71] filed by the Novo Nordisk defendants in this products liability suit, seeking a stay of all deadlines in this matter pending a decision by the Judicial Panel on Multidistrict Litigation ("JPML"). Plaintiff opposes the motion and defendant Eli Lilly & Company takes no position. *Id.*

The court observes that the only looming deadlines are (1) the submission of a joint proposed scheduling order/discovery plan and proposed order for the preservation of electronically stored information by December 19, 2023; (2) plaintiff's opportunity to replead her dismissed breach of express warranty claims by January 8, 2024; (3) defendants' responsive pleading deadline 30 days thereafter; and (4) the trial date set for February 13, 2026. The imminent deadlines relate only to pleading and scheduling matters. Given the remoteness of the trial date, the court finds it unlikely that any discovery will actually commence before the JPML renders its decision. A stay is not necessary at this point to prevent unduly burdensome or duplicative discovery obligations. Instead, given that this matter is the first-filed of the Ozempic lawsuits, the issuance of a scheduling order

and protective order may help the parties in eventual coordination across proceedings. Accordingly, the Motion to Stay [doc. 71] is **DENIED**.

**THUS DONE AND SIGNED** in Chambers on the 18th day of December, 2023.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE